# WL| Wright Law

### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
**www.wrightlaw.nyc**

April 20, 2023

**VIA ECF**
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States* **v.** *Mark Feuer 22-CR-356* **(ENV)**

Dear Judge Vitaliano:

I am counsel for Mark Feuer and write the Court to respectfully request that Ms. Feuer's bail conditions be temporarily modified to allow him to travel to New Jersey for brief family trip.

Mr. Feuer would like to attend a family member's bridal shower in Totowa, NJ on Saturday, April 29, 2023, which starts at 12pm. Mr. Feuer will drive from his home in Oceanside, NY on the morning of April 29 and return home later that evening on the same day.

Mr. Feuer's Pretrial Services Officer and the U.S. Government, through AUSA Anna Karamigios, have no objection to the instant request. Thank you.

Sincerely,
/s/
Christopher Wright

1