# WL | Wright Law
### ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
**www.wrightlaw.nyc**

August 3, 2023

**VIA ECF**
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

 **Re:** *United States* **v.** *Mark Feuer 22-CR-356* **(ENV)**

 Dear Judge Vitaliano:

 I am counsel for Mark Feuer and write the Court to respectfully request that substitute counsel, Randy Zelin, be allowed to stand in for me the August 4, 2023 status conference, as I tested positive for Covid-19 and cannot appear in court until I am out of Covid-19 quarantine. My client, Mr. Feuer, is aware of this substitute counsel and consents to it.

 Thank you.

 Sincerely,
 /s/
 Christopher Wright